UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>HOTELS UNION SQUARE MEZZ 1 LLC,<br><br>    Debtor. | :  Chapter 11<br>:<br>:  Case No. 10-10971 (KJC)<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, Justin R. Alberto, Esquire, a member of the bar of this Court, moves the admission *pro hac vice* of Robert E. Richards, Esquire of Sonnenschein Nath & Rosenthal LLP, 233 South Wacker Drive, Suite 7800, Chicago, Illinois 60606-6404 as co-counsel to Dekabank Deutsche Girozentrale in the above-captioned case.

Dated: March 24, 2010                BAYARD, P.A.

By: */s/ Justin R. Alberto*
   Charlene D. Davis (No. 2336)
   Justin R. Alberto (No. 5126)
   222 Delaware Avenue, Suite 900
   Wilmington, Delaware 19801
   Telephone: (302) 655-5000
   Facsimile: (302)658-6395

   *Co-counsel Dekabank Deutsche Girozentrale*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

SONNENSCHEIN NATH & ROSENTHAL LLP

_/s/ Robert E. Richards_
Robert E. Richards, Esquire
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: rrichards@sonnenschein.com

*Co-counsel to Dekabank Deutsche Girozentrale*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2010

_____
HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

BAY:01516246v1

-2-