# Court Conference

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin J. Carey
#5

Calendar Date: 04/06/2010
Calendar Time: 11:00 AM ET

Amended Calendar 04/06/2010 07:16 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Hotels Union Square Mezz 1 LLC | 10-10971 | Hearing | 3447066 | David Fleischer | (212) 318-6210 ext. 4158 | Paul, Hastings, Janofsky & Walker | Interested Party, Union Square Real Holding Corp / LIVE |
| | | Hotels Union Square Mezz 1 LLC | 10-10971 | Hearing | 3447087 | Rick Kirkbride | (212) 318-6210 | Paul Hastings Janofsky & Walker | Interested Party, Union Square Real Holding Corp. / LIVE |
| | | Hotels Union Square Mezz 1 LLC | 10-10971 | Hearing | 3446953 | Jay Sakalo | (305) 375-6156 | Bilzin, Sumberg, Baena, Price & | Interested Party, Bilzin, Sumberg, Baena, Price & Axelrod, LLP / LIVE |
| | | Hotels Union Square Mezz 1 LLC | 10-10971 | Hearing | 3446810 | Harvey Strickon | 212-318-6380 | Paul, Hastings, Janofsky & Walker | Interested Party, Union Square Real Holding Corp / LIVE |
| | | Hotels Union Square Mezz 1 LLC | 10-10971 | Hearing | 3448403 | Gregory W. Werkheiser | (302) 658-9200 | Morris Nichols Arsht & Tunnell, LLP | Interested Party, Union Square Real Holding Corp / LIVE |
| | | Hotels Union Square Mezz 1 LLC | 10-50856 | Hearing | 3448355 | Charlene Davis | 302-429-4212 | The Bayard Firm | Interested Party, Dekabank Deutsche Girozentrale / LIVE |
| | | Hotels Union Square Mezz 1 LLC | 10-50856 | Hearing | 3448380 | Robert Richards | 312-876-7396 | Sonnenschein Nath & Rosenthal | Interested Party, Dekabank Deutsche Girozentrale / LIVE |
| | | Hotels Union Square Mezz 1 LLC | 10-50856 | Hearing | 3449314 | Steven M. Yoder | (302) 984-6107 | Potter Anderson & Corroon LLP | Debtor, Hotels Union Square Mezz 1 LLC / LIVE |