# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HOTELS UNION SQUARE MEZZ 1 LLC,[1]<br>HOTELS UNION SQUARE MEZZ 2 LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10971 (KJC)<br>Jointly Administered |
| DEKABANK DEUTSCHE GIROZEN-<br>TRALE,<br><br>Plaintiff,<br><br>v.<br><br>HOTELS UNION SQUARE MEZZ 1 LLC,<br>HERBERT L. MILLER, JR., JAY EISNER,<br>and KURT HACKETT<br><br>Defendants. | Case No. 10-51084 (KJC) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 11, 2010 AT 3:30 P.M.
## BEFORE HON. KEVIN J. CAREY
## 824 MARKET STREET, COURTROOM 5, 5TH FLOOR
## **WILMINGTON, DELAWARE 19801**

I. **CONTINUED MATTERS**

    1.    Motion of DekaBank Deutsche Girozentrale for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(D)(1) and (2) [Filed 4/1/10, MEZZ 1 D.I. 14]

Response Deadline:

April 30, 2010 at 4:00 p.m.

---

[1] The debtors in these cases along with the last four digits of each debtors' federal tax identification number are: (i) Hotels Union Square Mezz 1 LLC (3422) and (ii) Hotels Union Square Mezz 2 LLC (3618).

[2] **Amended items appear in bold.**

Related Documents:

(a) Notice of Motion [Filed 4/16/10, MEZZ 1 D.I. 40]

(b) Order Approving Scheduling Stipulation [Filed 4/26/10, MEZZ 1 D.I. 49]

(c) Order Approving Confidentiality Stipulation [Filed 4/28/10, MEZZ 1 D.I. 61]

(d) Order Approving Amended Scheduling Stipulation [Filed 5/12/10, MEZZ 1 D.I. 71]

Response(s) Received:

(a) Omnibus Response of Hotels Union Square Mezz 1 LLC and Hotels Union Square Mezz 2 LLC To The (I) Motion of DekaBank Deutsche Girozentrale For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(d)(1) And (2); (II) Motion of Union Square Real Holding Corporation For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(D)(1) And (2); (III) Motion of DekaBank Deutsche Girozentrale To Dismiss Chapter 11 Case For Bad Faith Filing Under 11 U.S.C. § 1112(b) With Prejudice; (IV) Motion of Union Square Real Holding Corporation Pursuant To 11 U.S.C. § 1112(b), To Dismiss The Case, With Prejudice, For Cause (Including Bad Faith); (V) Motion of DekaBank Deutsche Girozentrale To Terminate Debtors Exclusivity Period To File Chapter 11 Plan And Solicit Acceptances Thereto; And (VI) Plaintiffs Emergency Motion For A Temporary Restraining Order And Preliminary Injunction [Filed 5/10/10, D. I. 69] (See Related Response, Item 1 (a))

(b) DekaBank Deutsche Girozentrale's Reply in Support of Its Motions and Preliminary Injunction Motion [Filed 5/25/10, MEZZ 1 D.I. 78]

Status:

This matter is being continued while the parties pursue a settlement that is part of a consensual plan of liquidation. The parties will update the Court on the progress and timing of such plan process.

2. Motion of DekaBank Deutsche Girozentrale to Terminate Debtor's Exclusivity Period to File Chapter 11 Plan and Solicit Acceptances Thereto [Filed 4/2/10, MEZZ 1 D.I. 16]

Response Deadline:

April 30, 2010 at 4:00 p.m.

Related Documents:

(a) Notice of Motion [Filed 4/16/10, MEZZ 1 D.I. 40]

(b) Order Approving Scheduling Stipulation [Filed 4/26/10, MEZZ 1 D.I. 49]

(c) Order Approving Confidentiality Stipulation [Filed 4/28/10, MEZZ 1 D.I. 61]

(d) Order Approving Amended Scheduling Stipulation [Filed 5/12/10, MEZZ 1 D.I. 71]

Response(s) Received:

(a) Omnibus Response of Hotels Union Square Mezz 1 LLC and Hotels Union Square Mezz 2 LLC To The (I) Motion of DekaBank Deutsche Girozentrale For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(d)(1) And (2); (II) Motion of Union Square Real Holding Corporation For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(D)(1) And (2); (III) Motion of DekaBank Deutsche Girozentrale To Dismiss Chapter 11 Case For Bad Faith Filing Under 11 U.S.C. § 1112(b) With Prejudice; (IV) Motion of Union Square Real Holding Corporation Pursuant To 11 U.S.C. § 1112(b), To Dismiss The Case, With Prejudice, For Cause (Including Bad Faith); (V) Motion of DekaBank Deutsche Girozentrale To Terminate Debtors Exclusivity Period To File Chapter 11 Plan And Solicit Acceptances Thereto; And (VI) Plaintiffs Emergency Motion For A Temporary Restraining Order And Preliminary Injunction [Filed 5/10/10, D. I. 69]

(b) DekaBank Deutsche Girozentrale's Reply in Support of Its Motions and Preliminary Injunction Motion [Filed 5/25/10, MEZZ 1 D.I. 78]

Status:

This matter is being continued while the parties pursue a settlement that is part of a consensual plan of liquidation. The parties will update the Court on the progress and timing of such plan process

3. Motion of DekaBank Deutsche Girozentrale to Dismiss Chapter 11 Case For Bad Faith Under 11 U.S.C. § 1112(b) with Prejudice [Filed 4/2/10, MEZZ 1 D.I. 17]

Response Deadline:

April 30, 2010 at 4:00 p.m.

Related Documents:

(a) Notice of Motion [Filed 4/16/10, MEZZ 1 D.I. 40]

(b) Order Approving Scheduling Stipulation [Filed 4/26/10, MEZZ 1 D.I. 49]

(c) Order Approving Confidentiality Stipulation [Filed 4/28/10, MEZZ 1 D.I. 61]

(d) Order Approving Amended Scheduling Stipulation [Filed 5/12/10, MEZZ 1 D.I. 71]

Response(s) Received:

(a) Omnibus Response of Hotels Union Square Mezz 1 LLC and Hotels Union Square Mezz 2 LLC To The (I) Motion of DekaBank Deutsche Girozentrale For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(d)(1) And (2); (II) Motion of Union Square Real Holding Corporation For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(D)(1) And (2); (III) Motion of DekaBank Deutsche Girozentrale To Dismiss Chapter 11 Case For Bad Faith Filing Under 11 U.S.C. § 1112(b) With Prejudice; (IV) Motion of Union Square Real Holding Corporation Pursuant To 11 U.S.C. § 1112(b), To Dismiss The Case, With Prejudice, For Cause (Including Bad Faith); (V) Motion of DekaBank Deutsche Girozentrale To Terminate Debtors Exclusivity Period To File Chapter 11 Plan And Solicit Acceptances Thereto; And (VI) Plaintiffs Emergency Motion For A Temporary Restraining Order And Preliminary Injunction [Filed 5/10/10, D. I. 69] (See Related Response, Item 1 (a))

(b) DekaBank Deutsche Girozentrale's Reply in Support of Its Motions and Preliminary Injunction Motion [Filed 5/25/10, MEZZ 1 D.I. 78]

Status:

This matter is being continued while the parties pursue a settlement that is part of a consensual plan of liquidation. The parties will update the Court on the progress and timing of such plan process

## II. MATTERS GOING FORWARD

4. Debtors' Motion to File Exhibit Under Seal Pursuant to Bankruptcy Code Section 107(b) [Filed 7/14/10, D.I. 119]

Response Deadline:

August 4, 2010 at 4:00 p.m. The objection deadline has been extended for the Office of the United States Trustee

Related Documents:

None.

Response(s) Received:

(a) **United States Trustee's Objection to Debtors' Motion to File Under Seal Pursuant to Bankruptcy Code Section 107(b) [Filed 8/9/10, D.I. 126]**

Status:

The Debtors expect this matter will be going forward on a contested basis.

5. Debtors' Motion for Entry of an Order (A) Approving and Scheduling a Combined Hearing on the Adequacy of the Disclosure Statement and Plan Confirmation; (B) Approving Form and Manner of Notice of Confirmation Hearing and Voting Ballots; (C) Approving Deadline and Procedures for Filing Objections to the Plan and Disclosure Statement and (D) Granting Related Relief [Filed 7/14/10, D.I. 120]

Response Deadline:

August 4, 2010 at 4:00 p.m.

Related Documents:

(a) Disclosure Statement for the Joint Plan of Liquidation of Hotels Union Square Mezz 1 LLC and Hotels Union Square Mezz 2 LLC Under Chapter 11 of the Bankruptcy Code [Filed 7/14/10, D.I. 117]

(b) Joint Plan of Liquidation of Hotels Union Square Mezz 1 LLC and Hotels Union Square Mezz 2 LLC Under Chapter 11 of the Bankruptcy Code [Filed 7/14/10, D.I. 118]

Response(s) Received:

None.

Status:

This matter is going forward.

Dated: August 9, 2010
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/

Steven M. Yoder (DE Bar No. 3885)
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Wolfe (DE Bar No. 4164)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel for the Debtors and Debtors in Possession*

PAC 974668v.2