# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| HOTELS UNION SQUARE MEZZ 1 LLC[1] | : Case No. 10-10971 (KJC) |
| HOTELS UNION SQUARE MEZZ 2 LLC, | : (Jointly Administered) |
| | : |
| Debtors. | : **Re: Docket No. 151** |

## FINAL DECREE CLOSING THE DEBTORS CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE, BANKRPUTCY RULE 3022 AND LOCAL RULE 5009-1

Upon consideration of the *Debtors' Motion for Final Decree Closing the Debtors' Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 5009-1* (the "Motion"), the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iv) notice of the Motion and the hearing on the Motion was sufficient under the circumstances, and (v) the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED in its entirety.

2. The Cases are hereby closed and a final decree is granted pursuant to section 350(a) of the Bankruptcy Code effective as of the date of the entry of this Final Decree.

3. A copy of this Final Decree shall be docketed in each of the Cases.

---

[1] The last four digits of the Debtors' federal tax identification numbers are 3422 and 3618.

PAC 989451v.1

4.  Entry of this Final Decree is without prejudice to the rights of the Debtors or any other party in interest to seek to reopen any of the Cases for cause.

5.  The Debtors shall not be obligated to pay any fees in respect of these chapter 11 Cases to the United States Trustee in accordance with 28 U.S.C. § 1930(a)(6) for any period beyond the date of this Final Decree.

6.  That notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062 or 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry;

7.  This Court shall retain jurisdiction with respect to issues arising under this Final Decree notwithstanding the closing of these Cases.

Dated: December 28, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

PAC 989451v.1

2